ANTHONY RAMPTON (2681)
ROGER R. FAIRBANKS (3792)
Assistant Attorneys General
SEAN D. REYES (7969)
Utah Attorney General
5110 State Office Building
Post Office Box 142477
Salt Lake City, UT 84114-2477
arampton@agutah.gov
rfairbanks@agutah.gov
Telephone: (801) 538-9610

BROCK R. BELNAP (6179)
ERIC W. CLARKE (13177)
RACHELLE SHUMWAY (8177)
Washington County Attorneys
33 North 100 West #200
St. George, Utah 84770
Brock.belnap@wcattorney.com
Eric.clarke@wcattorney.com
Rachelle.Shumway@wcattorney.com
Telephone: (435) 634-5723

*Attorneys for Plaintiffs*

IN THE UNITED STATES JUDICIAL DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WASHINGTON COUNTY, UTAH, a Utah political subdivision, and STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br>UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>and | Case No. 2:12-cv-00471 CW<br><br>**NOTICE OF WITHDRAWAL OF BAILEE BRINGHURST AS COUNSEL FOR PLAINTIFFS BY ANTHONY L. RAMPTON**<br><br>Judge: Clark Waddoups |

|  |  |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, et al.,<br><br>    Proposed Intervenor-Defendants. |  |

The undersigned hereby withdraws Assistant Attorney General Bailee Bringhurst as counsel for Plaintiffs Washington County, Utah, and the State of Utah. Ms. Bringhurst has left employment with the Utah State Attorney General's Office. Plaintiffs will continue to be represented by all other counsel of record.

DATED this 23rd day of April, 2020.

/s/ Anthony L. Rampton
Anthony L. Rampton
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2020, the undersigned electronically transmitted the foregoing **NOTICE OF WITHDRAWAL OF BAILEE BRINGHURST AS COUNSEL FOR PLAINTIFFS BY ANTHONY L. RAMPTON** to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

/s/ Anthony L. Rampton